United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 19-14361-ER
Sofiyan Dovlatyan                                                         Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin            Page 1 of 1          Date Rcvd: Jun 10, 2019
                             Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
db              +Sofiyan Dovlatyan,    1245 Orange Grove Ave,    Glendale, CA 91205-4027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2019 at the address(es) listed below:
          Anita  Khachikyan    on behalf of Debtor Sofiyan  Dovlatyan ak@khachlaw.com
          David M Goodrich (TR)    dgoodrich@wgllp.com,
           c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com
          Rejoy  Nalkara    on behalf of Creditor    BMW Financial Services NA, LLC, c/o AIS Portfolio
           Services, LP rejoy.nalkara@americaninfosource.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
          Valerie  Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com
          Vincent V Frounjian    on behalf of Creditor    HONDA LEASE TRUST vvf.law@gmail.com
                                                                                          TOTAL: 6

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Vincent V. Frounjian, Esq.    BAR NO. 170424**<br>**LAW OFFICES OF VINCENT V. FROUNJIAN, P.C.**<br>**1010 N. Central Avenue, Suite 420**<br>**Glendale, California  91202**<br>**Telephone: (818) 859-7511**<br><br><br><br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | **FILED & ENTERED**<br><br>**JUN 10 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY evangeli  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SOFIYAN DOVLATYAN,<br><br><br><br><br><br>Debtor(s). | CASE NO.:    2:19-bk-14361-ER<br>CHAPTER:   7<br><br>**ORDER GRANTING MOTION FOR**<br>**RELIEF FROM THE AUTOMATIC**<br>**STAY UNDER 11 U.S.C. § 362**<br>**(PERSONAL PROPERTY)**<br><hr>DATE :         06/10/19<br>TIME  :         10:00 a.m.<br>COURTROOM :  1568<br>PLACE :    255 E. Temple Street, Los Angeles, CA 90012 |

**Movant:  HONDA LEASE TRUST**

1. The Motion was:        ☐ Opposed      ☒ Unopposed      ☐ Settled by stipulation

2. The Motion affects the following personal property (Property):

    ☒ Vehicle (*year, manufacturer, type and model*):  **2015 HONDA ACCORD**

    *Vehicle identification number*:  **1HGC R2F3 2FA1 45383**
    *Location of vehicle (if known)*:  **DEBTOR HAS POSSESSION OF THE VEHICLE**

    ☐ Equipment (*manufacturer, type, and characteristics*):

    *Serial number(s)*:
    *Location (if known)*:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                              Page 1                              **F 4001-1.RFS.PP.ORDER**

☐ Other personal property (*type, identifying information, and location*):

☐ See Exhibit _____ attached to the Motion.

3. The Motion is granted under:

   a. ☐ 11 U.S.C. § 362 (d)(1)

   b. ☒ 11 U.S.C. § 362 (d)(2)

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set for the in Exhibit _____ to this order.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not repossess the Property before (*date*) _____.

7. ☐ The stay remains in effect subject to the terms and conditions set forth in the Adequate Protection Agreement to this order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order. The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

9. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated or modified as to the co-debtor, as to the same terms and conditions.

10. ☐ The 14-day stay provided by FRBP 4001(a)(3) is waived.

11. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

12. ☐ This order is binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of such order, except that a debtor in a subsequent case may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

13. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

14. ☐ This order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*            Page 2            **F 4001-1.RFS.PP.ORDER**

15. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be

a. ☐ without further notice.

b. ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

16. ☐ Other (*specify*):

###

Date: June 10, 2019

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 3                    **F 4001-1.RFS.PP.ORDER**